442 A.2d 339

Commonwealth v. Sheeley, Appellant.

Submitted September 22, 1981. James L. Goldsmith, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, McEWEN and BECK, JJ.

Order affirmed.